# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Brigida Gasmen Palaruan | **Case No :** <br> **Date :** <br> **Time :** | 14–24774 – D – 13G <br> 6/10/14 <br> 10:00 |
| **Matter :** | [14] – Motion for Relief from Automatic Stay Filed by Creditor The Bank of New York Mellon Trust Company, N.A. (Fee Paid $176) (eFilingID: 5214910) (swas) | | |
| **Judge :** <br> **Courtroom Deputy :** <br> **Reporter :** <br> **Department :** | Robert S. Bardwil <br> Nancy Williams <br> Diamond Reporters <br> D | | |

**APPEARANCES for :**
**Movant(s) :**
(by phone)   Creditor's Attorney – Christina O
**Respondent(s) :**
   Lorraine Crozier (for the Trustee)

CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion is granted as provided in this order. Automatic stay vacated; Fed. Rule Bank. 4001(a)(3) waived; no further relief afforded.

Dated:   June 12, 2014

_Robert Bardwil_
Robert S. Bardwil, Judge
United States Bankruptcy Court