Case 14-24774   Filed 07/10/14   Doc 42

United States Bankruptcy Court
Eastern District of California

In re:                                                          Case No. 14-24774-D
Brigida Gasmen Palaruan                                        Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0972-2        User: isaf           Page 1 of 1          Date Rcvd: Jul 10, 2014
                           Form ID: L99          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2014.
db          +Brigida Gasmen Palaruan,   10374 River Bluff Ln,   Stockton, CA 95209-4175
tr           Russell D. Greer,   PO Box 3051,   Modesto, CA  95353-3051

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2014                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2014 at the address(es) listed below:
NONE.                                                                          TOTAL: 0

FORM L99 Order to Show Cause Re Dismissal, or Imposition of Sanctions Combined with Notice Thereof (v.6.14)

14–24774 – D – 13G

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3–200**
**Sacramento, CA 95814**

(916) 930–4400
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



# ORDER TO SHOW CAUSE RE DISMISSAL OF CASE OR IMPOSITION OF SANCTIONS COMBINED WITH NOTICE THEREOF

**Case Number:**   14–24774 – D – 13G

**Debtor Name(s) and Address(es):**

Brigida Gasmen Palaruan
10374 River Bluff Ln
Stockton, CA 95209

The Court docket and file in the above case indicate that the Court entered an Order granting leave to pay the filing and administrative fees prescribed by 28 U.S.C. § 1930 in installments, and fixing the number, amount and dates of payment.

*The debtor(s) have failed to pay one or more installment(s) according to the schedule specified in that Order. The amount of $70.00, due on 7/7/14, has not been paid.*

**THEREFORE,**

**IT IS ORDERED** that the debtor, and if represented, the debtor's counsel appear before the Court on the following date, time and place:

**DATE & TIME:**       8/26/14 at 10:30 AM
**PLACE:**               U.S. Bankruptcy Court
                              Courtroom 34, 6th Floor, Robert T Matsui United States Courthouse, 501 I Street, Sacramento, CA

and show cause why this case should not be dismissed, sanctions imposed on the debtor and/or debtor's attorney, or other appropriate relief ordered for such failure to make the installment payment(s) listed above or any subsequent installment payment which may have come due and remains unpaid at the time of the hearing.

APPEARANCE AT THIS HEARING MAY BE NECESSARY. IF YOU HAVE PAID THIS FILING FEE BEFORE THE HEARING DATE, CHECK THE COURT'S PRE–HEARING DISPOSITIONS PAGE ON THE WEBSITE, AS THE MATTER MAY BE REMOVED FROM THE COURT'S CALENDAR.

You may arrange to attend by telephone by contacting Court Call at 1–866–582–6878 at least seven (7) days prior to the hearing. Please note that Court Call is an independent service provider. A basic fee charge of $40 is collected for each telephonic appearance. Payment must be made by credit card or other method approved in advance by Court Call.

Dated:
7/10/14

For the Court,
Wayne Blackwelder , Clerk